FRANK C. CLARK, Appellant, *v.* METROPOLITAN STREET RAILWAY COMPANY, Respondent.

*Clark* v. *Metropolitan Street Ry. Co.*, 102 App. Div. 614, affirmed.
(Argued October 5, 1905; decided October 27, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 11, 1905, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term and an order denying a motion for a new trial.

*Alexander S. Bacon* for appellant.

*Charles F. Brown, Bayard H. Ames* and *Henry A. Robinson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., BARTLETT, HAIGHT, VANN and WERNER, JJ. Not sitting: GRAY, J. Absent: O'BRIEN, J.